IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:03CR85 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STACIE O. EDMONSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is scheduled for a Rule 35 hearing on August 11, 2005.  Counsel for the defendant has informed chambers that the defendant has reconsidered and does not wish to be present for the hearing.

THEREFORE, IT IS ORDERED that:

1.  The defendant is held to have waived his right to be present at the Rule 35 hearing.

2.  The Marshal is directed not to return the defendant to the district.  **The defendant may participate telephonically in the hearing by informing his attorney, who in turn shall supply this court with a telephone number at which the defendant may be reached for the hearing.**

DATED this 17th day of June, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge