IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff, 　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　vs.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>STACIE O. EDMONSON, 　　　　　 )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　　　　　) | 8:03CR85<br><br>ORDER |

　　　　Defendant Stacie O. Edmonson (Edmonson) appeared before the court on May 20, 2008, on the Petition for Warrant or Summons for Offender Under Supervision (Report) (Filing No. 55). Edmonson was represented by Assistant Federal Public Defender Jessica P. Douglas and the United States was represented by Assistant U.S. Attorney Robert C. Sigler. Through his counsel, Edmonson waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Report, as amended, alleges probable cause and that Edmonson should be held to answer for a final dispositional hearing before Chief Judge Joseph F. Bataillon.

　　　　The government moved for detention. At the time of the hearing, Edmonson was in the custody of Nebraska state correctional authorities serving a sentence of imprisonment. The motion was held in abeyance pending Edmonson coming into federal custody. Edmonson waived his rights under the Interstate Agreement on Detainers and agreed to be returned to the Nebraska state correctional authorities pending his dispositional hearing in these proceedings.

　　　　**IT IS ORDERED**:

　　　　A final dispositional hearing will be held before Chief Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 8:30 a.m. on June 17, 2008.** Defendant must be present in person.

　　　　DATED this 20th day of May, 2008.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　 s/Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge