# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:03CR85 |
| vs. ) | |
| ) | ORDER |
| STACIE O. EDMONSON, ) | |
| ) | |
| Defendant. ) | |

    Defendant Stacie O. Edmonson (Edmonson) appeared before the court on June 27, 2008, on the Petition for Warrant or Summons for Offender Under Supervision (Report) (Filing No. 55) regarding the issue of detention after having come into federal custody. Edmonson was represented by First Assistant Federal Public Defender Shannon P. O'Connor and the United States was represented by Assistant U.S. Attorney Robert C. Sigler. Through his counsel, Edmonson waived a detention hearing. Since it is Edmonson's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger to the community, I find he has failed to do so. Edmonson will be detained pending his dispositional hearing before Chief Judge Bataillon on July 10, 2008, at 2:30 p.m.

    **IT IS ORDERED**:

    1.    Defendant Stacie O. Edmonson is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

    2.    Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

    3.    Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    DATED this 27th day of June, 2008.

                                                          BY THE COURT:

                                                          s/Thomas D. Thalken
                                                          United States Magistrate Judge